## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| JEROME CURTIS,[*] Beneficiary | ) | |
| Pre-1933 Private American National | ) | |
| Citizen of the United States, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16 CV 179 |
| | ) | |
| BARACK OBAMA, Trustee | ) | |
| Commander in Chief, and | ) | |
| ROSA G. RIOS, Trustee Treasurer of | ) | |
| the Treasury, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION and ORDER

This matter is before the court on plaintiff curtis, jerome's (hereinafter for simplicity referred to only as "Plaintiff") request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The statute allowing the court to authorize the commencement of a suit in forma pauperis directs: "[T]he court **shall** dismiss the case at any time if the court determines that . . . the action . . . is frivolous or malicious." 28 U.S.C. § 1915(e)(2)(B)(i). (Emphasis added.)

Plaintiff initiated this action by filing a "Petition to Seal" and a document he called a "Bill in Equity" (DE #1), along with a declaration of his status as a "Pre-1933 Private Citizen" and "American Freeman." (DE # 4.) He also filed an "acceptance of deed" along with a document appearing to show that he has legally changed his name

---

[*] Plaintiff has attached an exhibit which appears to show that he has legally changed his name to "curtis, jerome." (DE # 3 at 2-4.) The caption used herein is as the case has been docketed by the clerk. The court notes that plaintiff also in some places adds "aka Jerome Curtis" to his signature.

from "JEROME CURTIS" to "curtis, jerome" (DE # 3), and a "declaration of exhibits" (DE # 5) disavowing that either JEROME CURTIS or Jerome Curits is his name and purporting to show that he is renouncing and voiding *ab initio* every "signature of suretyship" ever made using either of those name formats. The only thing the court will add is that the gist of the "Bill in Equity" Plaintiff filed is that he wants President Obama and Treasurer Rosa Rios to provide a full accounting of the assets and property they are holding in trust for him.

Plaintiff's filings smack of the "free sovereign" or "redemptionist" movements and are patently frivolous. *See In re Cherney*, No. 15-22401-SVK, 2015 WL 9312098, at *2 (Bankr. E.D. Wis. Dec. 21, 2015). In addition, secrecy in court proceedings is strongly disfavored, *Duff v. Cent. Sleep Diagnostics, LLC*, 801 F.3d 833, 844 (7th Cir. 2015), and Plaintiff has stated no non-frivolous reason for his filings to be under seal.

Accordingly:

1) the clerk is **ORDERED** to unseal the record in this case, and not to place any further filings herein under seal;

2) Plaintiff's motion to proceed in forma pauperis (DE # 2) is **DENIED**; and

3) this action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).


**SO ORDERED.**


Date: June 9, 2016


 s/ James T. Moody             
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT